ber 4, 1912.) Action by Guido Consentino against the Illinois Surety Company. No opinion. Judgment and order affirmed, with costs.

---

CONWAY, Respondent, v. FARISH-STAFFORD CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 1, 1912.) Action by John F. Conway against the Farish-Stafford Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

CORBETT, Respondent, v. DIXON, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Louise K. Corbett against Laurence P. Dixon. No opinion. Judgment affirmed, with costs.

---

COSTELLO, Respondent, v. ERIE TRANSFER CO., Appellant. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Edward Costello against the Erie Transfer Company. A. D. Kneeland, of New York City, for appellant. J. A. O'Leary, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., dissents.

---

COYLE, Respondent, v. LINCH, Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1912.) Action by Susan Coyle against George W. Linch, as receiver. B. Tolles, of New York City, for appellant. J. V. Bouvier, Jr., of New York City, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $15,000, in which event, judgment, as so modified, and order appealed from, affirmed, without costs. Settle order on notice.

---

CRAMP v. DADY et al. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Action by Herbert W. Cramp against Chester A. Dady and others.

PER CURIAM. Motion for new trial upon exceptions denied. The judgment in this action is final as to those parties seeking to review the same (Brown v. Feek, 204 N. Y. 238, 97 N. E. 526), and their only remedy is to appeal therefrom (Code Civ. Proc. §§ 1294, 1340).

---

CROSS, Respondent, v. CONEY ISLAND & B. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Anastasia Cross against the Coney Island & Brooklyn Railroad Company. No opinion. Reargument (of 137 N. Y. Supp. 993) ordered, and case set down for Monday, October 7, 1912.

---

CUMMING v. MIDDLETOWN, U. & W. G. R. CO. et al. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by George M. Cumming, trustee, against the Middletown, Unionville & Water Gap Railroad Company and another. No opinion. Order affirmed, with $10 costs and disbursements, without passing upon the sufficiency of the defense of the statute of limitations. See, also, 136 N. Y. Supp. 1134.

---

DAILEY, Respondent, v. STOLL, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1912.) Action by De Ross Dailey against Daniel H. Stoll.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and FOOTE, J., dissent, upon the grounds, first, that service of notice under the Employer's Liability Act was not waived; and, second, that if the bolt was improperly suspended, it was a detail of the work, for which defendant was not liable.